IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RUSSELL LYNN HOLT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 01-B-2482-NE |
| DARYL TAYLOR; LIMESTONE COUNTY JAIL; ALABAMA DEPARTMENT OF CORRECTIONS, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 21, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune. A Final Judgment will be entered.

DONE this the 21st day of December, 2001.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE